**Exhibit A to the Complaint**

**Location:** Philadelphia, PA

**Total Works Infringed:** 24

**IP Address:** 72.94.205.63

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6531FCCB6AF0161F908C8FDEC4434AF16135D727<br>File Hash:<br>F69C2082F22532C50660E214D62EA0E595C9EE625F96FA5941E6104FCFC1B3BA | 06-30-2023<br>19:23:45 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 2 | Info Hash: F798ECB4BE5EF77124A601B5AFE4CEB52656385F<br>File Hash:<br>F07745AC93B75FE238EA6D956117CAC807E41B89EE3FC4B11D9907F227FBFA04 | 06-30-2023<br>19:23:24 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 3 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 06-30-2023<br>19:08:59 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 4 | Info Hash: 6241B8EB4CEEF8BD09108D26D88BB7D834A96CB9<br>File Hash:<br>E3101BA1B2E03E0DC0A8DF0C564EBFBE32BBBD281044330FB92183199B73AC0D | 06-30-2023<br>18:59:24 | Vixen | 05-04-2018 | 06-19-2018 | PA0002126680 |
| 5 | Info Hash: 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25<br>File Hash:<br>8E3DA9D418507C4F5BCA355A3ACA8488ED223A70EAD8C21964A295BC21850AFF | 05-17-2023<br>01:18:41 | Vixen | 04-24-2017 | 06-15-2017 | PA0002037568 |
| 6 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 01-18-2023<br>21:18:45 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 7 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash:<br>CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 01-18-2023<br>17:10:14 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 8 | Info Hash: 5D5214612BC2D8A7518C9A58AE3F5072A1F70670<br>File Hash:<br>A0019190FAD111416102AD4C3EC2F0D05DE6324603675C2144F313771326FC53 | 01-18-2023<br>16:59:46 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 9 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash:<br>DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 12-05-2022<br>19:17:44 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 10 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash:<br>8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 11-13-2022<br>16:59:25 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 11 | Info Hash: 3669F85A3006C05E56FF6EA10AD9CCFB38832CF5<br>File Hash:<br>E7DF4377CF4675EA1BD3052A6929C7F61963EB34663B0DD93F7FE58D9EBB1EB7 | 10-04-2022<br>18:01:02 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4D134A6DAD8AF27029CD03B709907CCAAF89A871<br>File Hash: 5679116A7506C310FF95359AE132FC8F877DE7FF96B4D978789B0F59C8CA4507 | 10-04-2022 05:55:55 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 13 | Info Hash: 515ABFDBF3B68C391BABCC88C645314C533D7667<br>File Hash: E23271B5213C9F4012DA4149F3005C72FAC4511C076B260104862E6B0F974E46 | 09-16-2022 19:04:21 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 14 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash: FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-16-2022 18:51:18 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 15 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash: 55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 09-10-2022 20:52:33 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 16 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 08-27-2022 18:50:17 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 17 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 08-09-2022 20:19:13 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 18 | Info Hash: C366374CBE8AD6F991FE8B2487DC45C9AB0E1E6B<br>File Hash: 04762106C5244D99ED2C8C9116E6850EF0F59ABCF4A21B57B0D42E55483203CA | 08-09-2022 20:16:03 | Vixen | 01-14-2020 | 02-03-2020 | PA0002236203 |
| 19 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash: 9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 08-09-2022 20:13:49 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 20 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash: FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 08-09-2022 20:13:45 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 21 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 08-01-2022 20:24:49 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 22 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash: FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 08-01-2022 20:23:26 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 23 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash: 32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 08-01-2022 20:20:17 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A2FF0472396474AF01A302320969630BEE58C703<br>File Hash:<br>E950273F0BD5906BAE7B71639110DF7EE2018AFC70DFDB96D94A72792FB17A64 | 07-25-2022<br>23:59:06 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |